**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LARRY E. FORDHAM, JR.,

    Petitioner,

v.                           Case No.  3:04cv231/MCR/MD

JAMES V. CROSBY, JR.,

    Respondent.
_____/

**O R D E R**

    This cause is before the court upon petitioner's motion for permission to appeal *in forma pauperis* (doc. 31).  Petitioner previously filed a motion for certificate of appealability (doc. 19).  In a separate order (doc. 21), the court determined that petitioner had not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's April 4, 2005 order (doc. 16) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on February 16, 2005 (doc. 12), denied the certificate of appealability.  For the same reasons, there is no good faith basis for an appeal and petitioner has not shown that he is entitled to proceed *in forma pauperis*.  Fed.R.App.P. 24(a).

    Accordingly, it is ORDERED:

    Petitioner's motion for permission to appeal *in forma pauperis* (doc. 31) is DENIED.  Petitioner shall pay the $255.00 filing fee within thirty (30) days of the date of this order.

    **DONE AND ORDERED** this 1st day of June, 2005.

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS
                        UNITED STATES DISTRICT JUDGE**